UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20458-BLOOM/Elfenbein

UNITED STATES OF AMERICA

    Plaintiff,
v.

JOE VONZO READON

    Defendant.
_____/

**ORDER ON EMERGENCY MOTION
FOR COMPASSIONATE RELEASE**

**THIS CAUSE** is before the Court upon Defendant's Emergency Motion for Compassionate Release ("Motion"), ECF No. [91], filed on April 2, 2024. On April 2, 2024, the Motion was referred to United States Magistrate Judge Marty Fulgueira Elfenbein for a report and recommendation ("R&R"), ECF No. [93]. On May 7, 2024, Judge Fulgueira Elfenbein issued a R&R, ECF No. [99], recommending that Defendant's Motion be denied. The Defendant did not file objections to the R&R.

"If a party fails to object to any portion of the magistrate judge's report, those portions are reviewed for clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The portions of the report and recommendation to which an objection is made are reviewed de novo only if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3); *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes

Case No. 19-cr-20458-BLOOM/Elfenbein

that Defendant's Emergency Motion for Compassionate Release, ECF No. [91] must be denied for the reasons stated within.

Accordingly, Defendant's Emergency Motion for Compassionate Release, **ECF No. [91]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 4, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Joe Readon, Number 20362-104
Atlanta-USP
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315